UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS DEWAYNE BATTEN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RAYMOND MADDEN,<br><br>　　　　Respondent. | No. SACV 17-1170-GW (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: October 4, 2019

　　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　United States District Judge